IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH RAY PITTS**                                                                 **PETITIONER**
*ADC #085938*

v.                               CASE NO. 4:24-CV-00416-BSM

**DEXTER PAYNE,** *et al.*                                                          **RESPONDENTS**

### ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 2] is adopted. Kenneth Pitts's petition for a writ of habeas corpus [Doc. No. 1] is denied and dismissed without prejudice. Furthermore, Pitts is denied a certificate of appealability.

IT IS SO ORDERED this 6th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE