IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH RAY PITTS**  PETITIONER
*ADC #085938*

v.  CASE NO. 4:24-CV-00416-BSM

**DEXTER PAYNE,** *et al.*  RESPONDENTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE